| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 97-1024-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08CR260 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: WALTER LEWIS | DISTRICT Northern District of Iowa | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael J. Melloy, U.S. Circuit Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/21/2006 — TO 04/20/2014 |

OFFENSE

21 U.S.C. §§ 841(a)(1), 846(b)(1)(A)(iii), 846, & 860(a) - Conspiracy to Distribute 50 Grams or More of Crack Cocaine within 1,000 Feet of a Protected Area

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

2-11-08
Date — United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
Effective Date — United States District Judge

**FILED**
MAR 2 8 2008  NF
3-28-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT