AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 1
Case 1:08-cr-00260   Document 2   Filed 04/08/2008   Page 1 of 19

FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA
JUN - 8 1999  9:00
By: _MP_
Deputy

# United States District Court
## Northern District of Iowa

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| WALTER LEWIS | CASE NUMBER: 2:97CR01024-001   08cr260 |
| | Mark Meyer |
| | Defendant's Attorney |

FILED APR 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this ___ day of _April_, 2008
Robert L. Phelps, Clerk
By _____
Deputy

**THE DEFENDANT:**

■ pleaded guilty to count(s) **5 of the 5-count 09/12/1997, Indictment.**
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§841(a)(1), 841(b)(1)(A), 846 & 860(a) | Conspiracy to Distribute Cocaine Base, "Crack" Cocaine, within 1000 feet of a Protected Location | 1996 | 5 |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

■ Count(s) _1 - 4 of the Indictment_ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 7, 1999
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

**Michael J. Melloy**
**Chief U.S. District Judge**
Name and Title of Judicial Officer

June 8, 1999
Date

Copies mailed on JUN 8 1999
to counsel of record or pro se
parties as shown on the docket
sheet USM, USP w/admin order 13-23
_MP_
Deputy Clerk

DEFENDANT: **Walter Lewis**
CASE NUMBER: **2:97CR01024-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **96 months**.

■ The court makes the following recommendations to the Bureau of Prisons:

that the defendant participate in the Intensive Drug Treatment Program, and that he be placed in a facility as close to Dubuque, Iowa, as possible. Further, there is no evidence in the record that the firearm involved in this case was ever discharged.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ___ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2:00 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on this date _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy U. S. Marshal

DEFENDANT: **Walter Lewis**
CASE NUMBER: **2:97CR01024-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __8 years.__

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 3 - Continued 1 - Supervised Rel.

Case 1:08-cr-00260  Document 2  Filed 04/08/2008  Page 4 of 19

Judgment -- Page 4 of 7

DEFENDANT: **Walter Lewis**
CASE NUMBER: **2:97CR01024-001**

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a program of testing bodily fluids and functions and treatment for drug and alcohol abuse as directed by your probation officer until such time as you are released from the program by your probation officer.

2. You shall pay any restitution amount remaining upon release from incarceration pursuant to a payment schedule set up for you by your probation officer. Your probation officer shall establish and may periodically modify the payment schedule provided the entire financial obligation is paid in full no later than the termination of supervision.

3. You shall participate in mental health counseling and treatment as deemed appropriate for you by your probation officer.

DEFENDANT: Walter Lewis
CASE NUMBER: 2:97CR01024-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Count 1 | $100.00 | $ | $ 700.00 |
| **TOTALS:** | $ 100.00 |  | $ 700.00 |

■ If applicable, restitution amount ordered pursuant to plea agreement: .................................... $ 700.00

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

■ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

  ■ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such a determination.

■ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Dubuque Drug Task Force | $700.00 | $ 700.00 |  |
| **Totals:** | $ 700.00 | $ 700.00 |  |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Walter Lewis
CASE NUMBER: 2:97CR01024-001

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ■ in full immediately; or

B ☐ $_____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ ; or

D ☐ in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U. S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:
Restitution is due and payable immediately with interest waived.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

97 SEP 12 PM 3:38

CEDAR RAPIDS HEARING OFFICE

BY /s/

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 97-1024 |
| | ) | |
| Plaintiff, | ) | **COUNTS 1, 2, 3, 4** |
| | ) | 21 U.S.C. § 841(a)(1) |
| vs. | ) | 21 U.S.C. § 860(a) |
| | ) | 18 U.S.C. § 2 |
| WALTER LEWIS, | ) | |
| | ) | **COUNT 5** |
| Defendant. | ) | 21 U.S.C. |
| | ) | |

The undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office. WITNESS my hand and seal of said Court this 8 day of April, 2008.
Robert L. Phelps, Clerk
By _____ Deputy

**INDICTMENT**

The Grand Jury Charges:

## COUNT 1

On or about February 10, 1996, in the Northern District of Iowa, WALTER LEWIS did knowingly and intentionally distribute and aid and abet the distribution of approximately .27 grams of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, within 1000 feet of the real property comprising St. Mary's Catholic Elementary School in Dubuque, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a), and Title 18, United States Code, Section 2.

**FILED**

APR 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT 2

On or about February 14, 1996, in the Northern District of Iowa, WALTER LEWIS did knowingly and intentionally distribute and aid and abet the distribution of approximately .32 grams of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance.

This in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

On or about February 24, 1996, in the Northern District of Iowa, WALTER LEWIS did knowingly and intentionally distribute and aid and abet the distribution of approximately .17 grams of a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, within 1000 feet of the real property comprising Nativity Catholic Elementary School in Dubuque, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a) and Title 18, United States Code, Section 2.

## COUNT 4

On or about April 15, 1996, in the Northern District of Iowa, WALTER LEWIS did knowingly and unlawfully possess with the intent to distribute and aid and abet the possession with the intent to distribute approximately 8.72 grams of a mixture or

substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, within 1000 feet of the real property comprising Nativity Catholic Elementary School in Dubuque, Iowa.

This in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 860(a) and Title 18, United States Code, Section 2.

### COUNT 5

During about 1996, in the Northern District of Iowa, WALTER LEWIS did knowingly and unlawfully combine, conspire, confederate and agree with persons whose names are known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing cocaine base, commonly known as "crack" cocaine, a Schedule II Controlled Substance, within 1000 feet of the real property comprising Nativity Catholic Grade School in Dubuque, Iowa, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and 860(a).

This in violation of Title 21, United States Code, Section 846.

A TRUE BILL

FOF

12 Sept. 27
Date

STEPHEN J. RAPP
United States Attorney

Daniel C. Tvedt
DANIEL C. TVEDT
Assistant United States Attorney

CLOSED

# U.S. District Court
## Northern District of Iowa (Eastern Dubuque)
### CRIMINAL DOCKET FOR CASE #: 2:97-cr-01024-MJM-1
### Internal Use Only

Case title: USA v. Lewis

Date Filed: 09/12/1997
Date Terminated: 06/08/1999

Assigned to: Judge Michael J Melloy

**Defendant (1)**

**Walter Lewis**
*TERMINATED: 06/08/1999*

represented by **John L Lane**
225 Second Street, SE
310 Law Building
\*\*ECF
Cedar Rapids, IA 52401
319 363 3839
Fax: 363 4851
Email: attyjohnlane@msn.com
*TERMINATED: 09/26/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Mark C Meyer**
Kinnamon-Kinnamon-Russo-Meyer
330 First Street SE
\*\*ECF
Cedar Rapids, IA 52401
319 365 7529
Fax: 364 8075
Email: mcmeyer@mchsi.com
*TERMINATED: 06/08/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Paul Papak**
Federal Public Defender
The Armstrong Centre
222 Third Avenue SE

FILED
APR 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By: _____

Suite 501
Cedar Rapids, IA 52401-1505
319 363 9540
Fax: 363 9542
*TERMINATED: 09/19/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1), 21:841(b)(1)(A)(iii), 860(a) and 21:846=CD.F<br>CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE<br>(5) | 96 months imprisonment; 8 years supervised release; $100.00 Special Assessment; $700.00 restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1), 21:860(a) and 18:2.F<br>CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(1-4) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **United States of America** | represented by **Daniel C Tvedt**<br>US Attorney's Office<br>Northern District of Iowa<br>401 First Street SE<br>Hach Building, Suite 400<br>**ECF<br>Cedar Rapids, IA 52401-1825<br>319 363 0091<br>Fax: 363 1990 |

Email: dan.tvedt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/1997 | 1 | INDICTMENT by USA Counts filed against Walter Lewis (1) count(s) 1-4, 5 MAP (Entered: 09/17/1997) |
| 09/12/1997 | 2 | PRAECIPE for Warrant to Marshal for svc for Walter Lewis MAP (Entered: 09/17/1997) |
| 09/12/1997 | 3 | ORDER by Chief Mag Judge John A. Jarvey sealing case (cc: all counsel, USM,USP) MAP (Entered: 09/17/1997) |
| 09/18/1997 |  | (Court only) Docket Modification (Utility) case unsealed Seal (Entered: 09/19/1997) |
| 09/18/1997 | 4 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey dft Walter Lewis arraigned; NOT GUILTY plea entered; Ass't Federal Public Defender Paul Papak present Taped #98 MAP (Entered: 09/19/1997) |
| 09/18/1997 |  | (Court only) MAP (Entered: 09/19/1997) |
| 09/18/1997 | 5 | ORDER setting conditions of release for: Personal Recognizance for Walter Lewis by Chief Mag Judge John A. Jarvey (cc: all counsel,USP,USM) MAP (Entered: 09/19/1997) |
| 09/18/1997 | 6 | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey. Pretrial Motions ddl: October 14, 1997 Pretrial Conference 8:00 12/2/97 for Walter Lewis jury trial set for 9:00 12/2/97 for Walter Lewis (cc: all counsel,USM,USP) MAP (Entered: 09/19/1997) |
| 09/19/1997 | 7 | WARRANT w/Marshal's return executed as to defendant Walter Lewis; defendant arrested on 9/18/97 MAP (Entered: 09/19/1997) |
| 09/19/1997 |  | (Court only) Docket Modification (Utility) location: LR MAP (Entered: 09/19/1997) |
| 09/19/1997 | 8 | CJA Form 20 (Appointment of Counsel); defendant Walter Lewis attorney, John L Lane, has been appointed replacing attorney Paul Papak for Walter Lewis (mail CJA20 w/attachment and copy of file) MAP (Entered: 09/19/1997) |
| 09/23/1997 | 9 | ORDER FOR APPOINTMENT OF COUNSEL by Chief Mag Judge John A. Jarvey appointing John Lane to represent the deft. (cc: all counsel, USM,USP) MAP (Entered: 09/23/1997) |
| 09/24/1997 | 10 | MOTION for withdrawal of attorney by Walter Lewis assigned to Chief Mag Judge John A. Jarvey MAP (Entered: 09/24/1997) |

| | | |
|---|---|---|
| 09/26/1997 | 11 | ORDER by Chief Mag Judge John A. Jarvey granting motion for withdrawal of attorney [10-1] withdrawing attorney John L. Lane for Walter Lewis; Clerk of Court shall appoint substitute counsel to represent the deft (cc: all counsel, USM,USP) MAP (Entered: 09/26/1997) |
| 09/26/1997 | 12 | CJA Form 20 (Appointment of Counsel); defendant Walter Lewis attorney, Mark C Meyer, has been appointed replacing John L. Lane (mail CJA20 w/attachment and copy of file) MAP (Entered: 09/26/1997) |
| 10/14/1997 | 13 | MOTION to suppress statements by Walter Lewis assigned to Chief Mag Judge John A. Jarvey MAP (Entered: 10/14/1997) |
| 10/14/1997 | 14 | BRIEF by defendant Walter Lewis in support of [13-1] Motion to Suppress Statements MAP (Entered: 10/14/1997) |
| 10/20/1997 | 15 | MOTION for hearing on motion to suppress statements by Walter Lewis assigned to Chief Mag Judge John A. Jarvey MAP (Entered: 10/20/1997) |
| 10/21/1997 | 16 | NOTICE of hearing granting motion for hearing on motion to suppress statements [15-1], setting on motion to suppress statements [13-1]; motion hearing set for 1:30 10/28/97 for Walter Lewis, for USA (cc: all counsel,USM,USP) MAP Modified on 10/21/1997 (Entered: 10/21/1997) |
| 10/21/1997 | | (Court only) Docket Modification (Utility) setting on motion to suppress statements [13-1]; motion hearing set for 1:30 10/28/97 for Walter Lewis, for USA MAP (Entered: 10/21/1997) |
| 10/28/1997 | 17 | RESISTANCE by plaintiff USA to motion to suppress statements [13-1] as to Walter Lewis MAP (Entered: 10/29/1997) |
| 10/28/1997 | 18 | MEMORANDUM by defendant Walter Lewis in support of [13-1] motion to suppress statements MAP (Entered: 10/29/1997) |
| 10/28/1997 | 19 | CLERK'S COURT MINUTES: before Chief Mag Judge John A. Jarvey ruling reserved on motion to suppress statements [13-1] Motion to Suppress statements hearing held on October 28, 1997 C/R Kelly Cortez, Carroll & Assoc. MAP (Entered: 10/29/1997) |
| 10/31/1997 | 20 | REPORT AND RECOMMENDATION; unless any party files objections to the R&R w/in 10 days of the service of a copy of this R&R, the motion to suppress statements be denied by Chief Mag Judge John A. Jarvey (cc: all counsel) frmemp (Entered: 10/31/1997) |
| 11/07/1997 | 21 | OBJECTIONS by defendant Walter Lewis to magistrate's report & recommendation [20-1] frmemp (Entered: 11/07/1997) |
| 11/14/1997 | 22 | RESPONSE by plaintiff USA regarding Report and Recommendation [20-1] as to Walter Lewis DGE (Entered: 11/17/1997) |
| 11/18/1997 | 23 | OFFICIAL SHORTHAND NOTES of OCR Kellee Cortez constituting official record of suppression hearing on 10/28/97 frmemp (Entered: 11/18/1997) |

| | | |
|---|---|---|
| 11/18/1997 | 24 | TRANSCRIPT of proceedings for the following date(s): October 28, 1997 (Re: Motion to Suppress Hearing) w/Judge Jarvey MJJ (Entered: 11/18/1997) |
| 11/19/1997 | 25 | ORDER by Chief Judge Michael J. Melloy adopting report and recommendation, denying motion to suppress statements [13-1] (cc: all counsel) DGE (Entered: 11/19/1997) |
| 11/19/1997 | 26 | APPLICATION for writ (Charlyn Rae Taliaferro) by USA as to Walter Lewis assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 11/19/1997) |
| 11/19/1997 | 27 | APPLICATION for writ (Todd Richard McDonald) by USA as to Walter Lewis assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 11/19/1997) |
| 11/19/1997 | 28 | APPLICATION for writ (Carl Archer) by USA as to Walter Lewis assigned to Chief Mag Judge John A. Jarvey DGE (Entered: 11/19/1997) |
| 11/20/1997 | 29 | ORDER by Chief Mag Judge John A. Jarvey granting motion for writ (Carl Archer) [28-1] (cc: all counsel,USM w/writ) DGE (Entered: 11/20/1997) |
| 11/20/1997 | 30 | ORDER by Chief Mag Judge John A. Jarvey granting motion for writ (Todd Richard McDonald) [27-1] (cc: all counsel, USM w/writR) DGE (Entered: 11/20/1997) |
| 11/20/1997 | 31 | ORDER by Chief Mag Judge John A. Jarvey granting motion for writ (Charlyn Rae Taliaferro) [26-1] (cc: all counsel, USM w/writ) DGE (Entered: 11/20/1997) |
| 11/24/1997 | 32 | WRIT of ad testificandum w/Marshal's returned unexecuted on Carl Archer DGE (Entered: 11/25/1997) |
| 11/24/1997 | 33 | WRIT of ad testificandum w/Marshal's return unexecuted on Todd Richard McDonald DGE (Entered: 11/25/1997) |
| 11/24/1997 | 34 | ORDER (FILED UNDER SEAL) by Chief Judge Michael J. Melloy excludable: XT , and ; Trial continued. Plea and/or Sentencing will be set by separate notice. This order shall be sealed UNTIL DEFT ENTERS GUILTY PLEA. (cc: all counsel,USM,USP) DGE Modified on 11/25/1997 (Entered: 11/25/1997) |
| 01/14/1999 | 35 | NOTICE: CHANGE OF PLEA HEARING set for 2:30 2/2/99 for Walter Lewis w/Judge Michael J. Melloy Third Floor Courtroom (cc: all counsel,USM,USP) MAP (Entered: 01/14/1999) |
| 02/05/1999 | 36 | NOTICE REGARDING PLEA AGREEMENT by defendant Walter Lewis MAP (Entered: 02/05/1999) |
| 03/19/1999 | 37 | RULE 32 CONSENT TO PREPARATION AND INSPECTION OF PRESENTENCE REPORT by defendant Walter Lewis (cc: all counsel,USM,USP) MAP (Entered: 03/19/1999) |

| | | |
|---|---|---|
| 03/24/1999 | 38 | NOTICE: CHANGE OF PLEA HEARING and SENTENCING HEARING set for 9:00 6/7/99 for Walter Lewis w/Chief Judge Michael J. Melloy Third Floor Courtroom (cc: all counsel,USM,USP) MAP (Entered: 03/24/1999) |
| 04/05/1999 | 39 | PETITION for revocation of pretrial release by plaintiff USA as to defendant Walter Lewis assigned to Chief Mag Judge John A. Jarvey MAP (Entered: 04/06/1999) |
| 04/13/1999 | 40 | RESISTANCE by defendant Walter Lewis to motion for revocation of pretrial release [39-1] MAP (Entered: 04/13/1999) |
| 04/13/1999 | 41 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Walter Lewis setting on motion for revocation of pretrial release [39-1] MOTION HEARING set for 9:00 4/21/99 for Walter Lewis w/Chief Magistrate Judge John A. Jarvey Second Floor Courtroom (cc: all counsel,USM,USP) MAP (Entered: 04/13/1999) |
| 04/20/1999 | 42 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Walter Lewis RESETTING motion for revocation of pretrial release [39-1] MOTION HEARING set for 1:30 4/21/99 for Walter Lewis w/Chief Magistrate Judge John A. Jarvey Second Floor Courtroom (cc: all counsel,USM,USP) MAP (Entered: 04/20/1999) |
| 04/21/1999 | 43 | CLERK'S COURT MINUTES w/witness & exhibit list: as to defendant Walter Lewis before Chief Mag Judge John A. Jarvey denying motion for of pretrial release; deft released on condition that he immediately report to hospital [39-1] COURT REPORTER Patrice Murray MAP (Entered: 04/22/1999) |
| 04/21/1999 | 44 | ORDER by Chief Mag Judge John A. Jarvey as to defendant Walter Lewis; deft shall be released on the condition that he immediately report to the emergency room at St. Luke's Hospital, Cedar Rapids, for a psychiatric evaluation and treatment. It is a condition of the deft's release that he abide by all treatment recommendations and advice given by hospital staff (cc: all counsel,USM,USP) MAP (Entered: 04/22/1999) |
| 04/28/1999 | 45 | SHORTHAND NOTES of OCR Patrice A. Murray constituting official record of Revocation Hearing held on April 21, 1999 as to defendant Walter Lewis MAP (Entered: 04/28/1999) |
| 05/13/1999 | 46 | SECOND PETITION for revocation of pretrial release by plaintiff USA as to defendant Walter Lewis assigned to Chief Mag Judge John A. Jarvey MAP (Entered: 05/13/1999) |
| 05/21/1999 | 47 | CLERK'S COURT MINUTES: as to defendant Walter Lewis before Chief Mag Judge John A. Jarvey ARRAIGNMENT regarding Revocation of Pretrial Release [46-1]; REVOCATION hearing set for 5/24/99 at 9:00 a.m. w/Chief Magistrate Judge John A. Jarvey Second Floor Courtroom MAP (Entered: 05/21/1999) |

| | | |
|---|---|---|
| 05/21/1999 | 48 | NOTICE: setting on motion for revocation of pretrial release [46-1] MOTION HEARING set for 9:00 5/24/99 for Walter Lewis w/Chief Magistrate Judge John A. Jarvey Second Floor Courtroom (cc: all counsel,USM,USP) MAP (Entered: 05/21/1999) |
| 05/24/1999 | 49 | CLERK'S COURT MINUTES w/Exhibit and Witness List attached: as to Defendant Walter Lewis before Chief Mag Judge John A. Jarvey; Granting Motion for Revocation of Pretrial Release [46-1] COURT REPORTER Patrice Murray DSR (Entered: 05/24/1999) |
| 05/24/1999 | 50 | SHORTHAND NOTES of OCR Patrice Murray constituting official record of Detention Hearing on May 24, 1999 as to defendant Walter Lewis DGE (Entered: 05/24/1999) |
| 05/24/1999 | 51 | WARRANT w/Marshal's return executed as to defendant Walter Lewis; defendant arrested on 5/20/99 DGE (Entered: 05/24/1999) |
| 05/26/1999 | 52 | ORDER by Chief Mag Judge John A. Jarvey as to Defendant Walter Lewis That the defendant is committed to the custody of the Atty General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; the Atty General shall afford the defendant reasonable opportunity for private consultation with counsel while detained (cc: all counsel,USM,USP) DSR (Entered: 05/26/1999) |
| 06/07/1999 | 53 | CLERK'S COURT MINUTES: as to defendant Walter Lewis before Chief Judge Michael J. Melloy PLEA and SENTENCING held on 6/7/99 , guilty plea entered by Walter Lewis COURT REPORTER Tracy Lamp MAP (Entered: 06/08/1999) |
| 06/08/1999 | 54 | JUDGMENT as to Walter Lewis sentencing Walter Lewis (1) count(s) 5. 96 months imprisonment; 8 years supervised release; $100.00 Special Assessment; $700.00 restitution , to dismiss count(s) dismissing counts as to Walter Lewis (1) count(s) 1-4. DISMISSED , case terminated as to defendant Walter Lewis by Chief Judge Michael J. Melloy JUDGMENT BOOK 14 ENTRY 114 (cc: all counsel,USM,USP) MAP (Entered: 06/08/1999) |
| 07/26/1999 | 55 | CJA Form 20 (Attorney Payment Voucher) as to Walter Lewis for attorney John Lane in the amount of $ 191.03 VOUCHER#: 0867009 DGE (Entered: 07/26/1999) |
| 07/26/1999 | 56 | CJA Form 20 (Attorney Payment Voucher) as to Walter Lewis for attorney Mark C. Meyer in the amount of $ 4520.44 VOUCHER#: 0867011 DGE (Entered: 07/26/1999) |
| 08/03/1999 | 57 | JUDGMENT w/Marshal's Return executed as to defendant Walter Lewis; Deft delivered 7/15/99 to USP-Terre Haute, IN MAP (Entered: 08/03/1999) |
| 04/03/2000 | 58 | MOTION to dispose of seized property by USA as to Walter Lewis assigned to Judge Michael J. Melloy MAP (Entered: 04/04/2000) |

| | | |
|---|---|---|
| 04/05/2000 | 59 | ORDER by Judge Michael J. Melloy as to plaintiff USA granting motion to dispose of seized property [58-1] (cc: all counsel) MAP (Entered: 04/05/2000) |
| 08/23/2001 | 60 | RECEIPT FOR EXHIBITS to plaintiff USA w/Admin Order #1323 to Unseal Documents MAP (Entered: 10/25/2001) |
| 04/03/2008 | 61 | TRANSFER OF JURISDICTION ORDER w/cover letter - Supervised Release Jurisdiction Transferred to Northern Illinois as to Defendant Walter Lewis. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (de) (Entered: 04/03/2008) |

REC'D APR - 3 2008 NDIIA, CEDAR RAPIDS

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 97-1024-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08CR260 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: WALTER LEWIS | DISTRICT Northern District of Iowa | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael J. Melloy, U.S. Circuit Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/21/2006 — TO 04/20/2014 |

RECEIVED FEB 2008 U.S. PROB. OFFICE CHICAGO, ILLINOIS

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 846(b)(1)(A)(iii), 846, & 860(a) - Conspiracy to Distribute 50 Grams or More of Crack Cocaine within 1,000 Feet of a Protected Area

**PART 1 - ORDER TRANSFERRING JURISDICTION**

JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

FILED APR 0 8 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

2-11-08
Date

*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008

*Effective Date*
DOCKETED
APR 0 1 2008

FILED
MAR 2 8 2008 NF
3-28-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*James F. Holderman*
*United States District Judge*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____ DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 4-1-08



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

MICHAEL W. DOBBINS
CLERK

REC'D APR - 3 2008

April 1, 2008

Mr. Robert L. Phelps II
Clerk
United States District Court
Federal Building and United States
 Courthouse, 3rd Floor
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

FILED
APR 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

**Re:** Case number 97cr1024-1 US v Walter Lewis
Our case number: 08 cr 260-1  - Northern District of Illinois, Judge Gettleman

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Walter Lewis, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: *[signature]*
Ellenore Duff
Deputy Clerk

Enclosure